UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN LAMONT JOHNSON, | ) | 1:04-CV-06577 REC SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #14] |
| v. | ) | |
| | ) | ORDER DENYING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| PAUL M. SCHULTZ, Warden, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |
| | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 17, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DENIED. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment in favor of Respondent. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

1 *novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings
2 and Recommendation is supported by the record and proper analysis.
3     Accordingly, IT IS HEREBY ORDERED that:
4     1. The Findings and Recommendation issued February 17, 2006, is ADOPTED IN FULL;
5     2. The petition for writ of habeas corpus is DENIED; and
6     3. The Clerk of the Court is DIRECTED to enter judgment for Respondent.
7 IT IS SO ORDERED.
8 **Dated:  May 31, 2006**                              /s/ Robert E. Coyle
  668554                                                 UNITED STATES DISTRICT JUDGE